

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2015

No. 04-14-00494-CV

**UNITED PARCEL SERVICE, INC**. and Roland Leal,
Appellants

v.

Robert Scott **RANKIN,** Individually, Rachelle Rankin, Individually and as Next Friend for
Avery Rankin, Kara Rankin, and Samuel Rankin, Minors,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07922
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Sitting:     Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

Cross-Appellants' motion for leave to file reply to Cross-Appellees' Surreply is GRANTED. Cross-Appellants' Reply to Cross-Appellees' Surreply is deemed filed as of April 17, 2015.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court